UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CHERYL MARTIN and ROBERT MARTIN, *individually, and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br><br>    Defendant. | Civil No. 15-46-ART<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The plaintiffs filed a motion for a temporary restraining order or, in the alternative, a motion for a preliminary injunction. R. 4. The defendant **SHALL RESPOND** by **5:00 p.m.** on **Thursday, June 4, 2015.** A telephone conference is **SCHEDULED** for **Friday, June 5, 2015**, at **3:00 p.m.** A court reporter is needed and will be provided by the Court. The parties must **DIAL IN** to this conference call five minutes before the scheduled time by following these steps:

(A)    Call AT&T Teleconferencing at 1-877-873-8017;

(B)    Enter access code 8284218 (followed by "#"); and

(C)    When requested, enter the security code, 1234 (followed by "#").

This the 3rd day of June, 2015.



Signed By:
*Amul R. Thapar*  AT
United States District Judge