UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

|  |  |  |
|---|---|---|
| CHERYL MARTIN and ROBERT MARTIN, *individually, and on behalf of all others similarly situated*, | ) ) ) ) ) | ***ELECTRONICALLY FILED*** |
| Plaintiffs, | ) ) ) | Civil Action No. 7:15-CV-00046-ART-HAI |
| v. | ) ) |  |
| CAROLYN W. COLVIN, in her official Capacity as ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) ) |  |
| Defendant. | ) ) |  |

## **DEFENDANT'S MOTION TO DISMISS**

Carolyn W. Colvin, in her official capacity as Acting Commissioner of the Social Security Administration, respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss this action with prejudice.

Defendant moves to dismiss under Fed. R. Civ. P. 12(b)(1) because, under Sections 405(g) and 405(h) of Title 42, only an individual aggrieved by a "final decision of the Commissioner of Social Security made after a hearing to which he was a party" may obtain judicial review of the claims Plaintiffs seek to bring. *See* 42 U.S.C. §§ 405(g)-(h). Because Plaintiffs are challenging hearings that have not yet taken place and that have not given rise to final decisions, this Court lacks subject matter jurisdiction over Plaintiffs' claims. Alternatively, Defendant moves to dismiss under Fed. R. Civ. P. 12(b)(6) because, even if Plaintiffs' factual

allegations are accepted as true, they have failed to state a claim upon which relief can be granted.

Accordingly, and for the reasons set forth more fully in the accompanying memorandum of law, Defendant respectfully moves to dismiss this action with prejudice. The grounds for this motion are set forth in the attached memorandum of law. A proposed order is attached.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

    JUDRY L. SUBAR
    Assistant Branch Director
    U.S. Department of Justice
    Civil Division, Federal Programs Branch

BY:    /s/ Andrew M. Bernie
    Andrew M. Bernie (DC BAR# 995376)
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave, NW
    Washington, DC 20530
    Telephone: (202) 616-8488
    Facsimile: (202) 616-8470
    Email: andrew.m.bernie@usdoj.gov
    *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2015, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system.

/s/Andrew M. Bernie
Andrew M. Bernie