UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CHERYL MARTIN and ROBERT MARTIN, *individually, and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>        Defendant. | Civil No. 15-46-ART<br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is hereby **ORDERED** and **ADJUDGED** that:

(1)   The complaint, R. 1, is **DISMISSED**.

(2)   Judgment is **ENTERED** in favor of the defendant.

(3)   This action is **STRICKEN** from the Court's docket.

This the 16th day of November, 2015.



Signed By:
*Amul R. Thapar*    AT
United States District Judge