UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| CHERYL MARTIN, *et al.*, | CIVIL ACTION NO. 7:15-46-KKC |
| Plaintiffs, | |
| v. | **ORDER** |
| CAROLYN COLVIN, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Order of the United States Court of Appeals for the Sixth Circuit dismissing Plaintiffs' appeal for lack of jurisdiction and vacating this Court's prior judgment as moot. (DE 46). Both Plaintiffs have exhausted their administrative remedies and have commenced new, separate actions in this Court challenging the agency's decision. Compl., *Martin v. Comm'r of Soc. Sec.*, No. 7:17–CV–27–HRW (E.D. Ky. Feb. 2, 2017) (Cheryl Martin); Compl., *Martin v. Comm'r of Soc. Sec.*, No. 7:16–CV–111–DCR (E.D. Ky. June 3, 2016) (Robert Martin). Accordingly, the Court **HEREBY ORDERS** that this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

Dated April 12, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1